IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELVIN McMILLIAN, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 11-0005-WS-M |
| BILLY MITCHEM, | : | |
| Respondent. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Billy Mitchem and against Petitioner Melvin McMillian.

DONE this 16th day of August, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE